UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 2:15-cr-111-NT |
| v. | ) |
| | ) VIOLATION(S): |
| | ) Title 18, U.S. Code, Sections 2261A(2)(B) |
| CHARLES MACK | ) & 2261(b)(5) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Stalking

From about January 2014, the exact date being unknown, until about May 2015, in the District of Maine and elsewhere, Defendant

**CHARLES MACK**

with the intent to injure, harass, intimidate, and to place under surveillance with the intent to injure, harass, and intimidate another person, namely, A.M., used facilities of interstate and foreign commerce, including electronic mail and cellular telephone networks, to engage in a course of conduct that caused substantial emotional distress to A.M.

In violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

A TRUE BILL,
Signature Redacted. Original on File.

_____
GRAND JURY FOREPERSON

_____
Assistant United States Attorney

Dated: 6/10/15